IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CASSANDRA SHEARS, | |
| Plaintiff, | Civ. Action No.: 19-CV-161 |
| v. | |
| SYMETRA LIFE INSURANCE COMPANY, | |
| Defendant. | |

## NOTICE OF REMOVAL

Defendant Symetra Life Insurance Company ("Symetra"), by and through its undersigned counsel, timely files this Notice of Removal pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1332, 29 U.S.C. § 1132(e), and 28 U.S.C. §1441(a), (b), and (c) removing the above-captioned action to the United States District Court for the Southern District of Alabama, Southern Division, from the Mobile County Circuit Court, Alabama, and avers as follows:

1. The above-captioned action was commenced by Plaintiff against "Sumitomo Life Insurance Agency America, Inc. d/b/a Symetra Life Insurance Company" in the Mobile County, Alabama Circuit Court on or about February 28, 2019. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

1629158.1

2. A copy of the Complaint was served on Sumitomo Life Insurance Agency America, Inc. on or about March 4, 2019. *See* Exhibit "B."

3. On March 6, 2019, Plaintiff filed an Amended Complaint properly naming Symetra Life Insurance Company as a defendant. *See* Exhibit "C." Symetra was served on March 11, 2019. *See* Exhibit "D."

4. On March 7, 2019, the Court granted Plaintiff's Motion to Dismiss Sumitomo Life Insurance Agency America, Inc. *See* Exhibit "E."

5. In this lawsuit, Plaintiff seeks Group Supplemental Life Insurance benefits from Symetra following the death of her spouse, Kenneth Eirby. *See* Complaint.

6. The Group Policy was delivered by Symetra to NHS Management, Inc. *See* Exhibit "F."

7. Contrary to the allegations in the Amended Complaint, the Policy and the claims under it are subject to and governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et. seq*.

8. The Basic Life and Basic Accidental Death coverage offered under the Policy is Non-Contributory, meaning that Plaintiff was "not required to contribute toward the cost." *See* Exhibit "F" at pp. 1-2.

9. A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to

28 U.S.C. § 1441(c) as an action arising under a federal law. *See Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dedeaux*, 481 U.S. 41 (1987).

10. This court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e). As a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441(a), (b), and (c).

11. This court also has diversity jurisdiction under 28 U.S.C. § 1332 as Plaintiff is a resident of and is domiciled in Alabama, and Symetra is an Iowa corporation with its home office in Washington.

12. The amount in controversy exceeds $75,000 exclusive of interest and costs. Plaintiff seeks $50,000 in contract damages and also seeks damages for mental anguish, emotional distress, and punitive damages. *See* Complaint.

13. This Notice of Removal is being filed within thirty (30) days of Defendant Symetra's receipt of the Complaint as required by 28 U.S.C. §1446(b).

14. All pleadings, process, or orders served on Symetra in this action are attached to this Notice as required by 28 U.S.C. § 1446(a).

15. All fees required by law in connection with this notice have been filed by Symetra.

1629158.1

**WHEREFORE**, Defendant Symetra Life Insurance Company removes the above-captioned matter now pending in the Mobile County, Alabama Circuit Court to the United States District Court for the Southern District of Alabama, Southern Division.

Respectfully submitted on this 2nd day of April, 2019.

>           */s/ Christopher L. Yeilding*
>           Attorney for Defendant Symetra Life
>           Insurance Company

**OF COUNSEL:**

Christopher L. Yeilding
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

1629158.1

## **CERTIFICATE OF SERVICE**

      I, the undersigned counsel, do hereby certify that I have this day, April 2, 2019, filed the foregoing pleading with the Clerk of Court using the ECF system which sent notification of such filing to counsel listed below:

Mark C. Wolfe
Boteler, Finley & Wolfe
3290 Dauphin Street, Suite 505
Mobile, Alabama  36606


                                 /s/ *Christopher L. Yeilding*
                                 Of Counsel